

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No.: 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
 Facsimile:    (866) 412-6992
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NIKKIE LYNN CHEEK, an Individual; NIKKIE LYNN CHEEK and KATHLEEN J. MANGIONE as Co-Special Administrators for the ESTATE OF ALINA R. HIGUERA,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TRUCKING INC., a Foreign Corporation; HAROLD EUGENE STROUSE, an Individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-00271-GMN-BNW<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SPECIAL SCHEDULING REVIEW REQUESTED)** |

    1.     **Meeting**: The parties conducted the Rule 26(f) conference on April 4, 2022.

    2.     **Pre-Discovery Disclosures**: The parties will serve their respective disclosures on or before April 18, 2022.

    3.     **Discovery Plan**: The parties propose a longer period for discovery than that specified in LR 26-1(b). The reasons for the proposed longer discovery period is due to the court's backlog of cases caused by the COVID-19 pandemic, as well as counsels' upcoming trial schedule, which will delay counsel's ability to conduct discovery. Consequently, the parties need

1  additional time to complete all discovery. The parties propose the discovery period below,
2  calculated 365 days from February 11, 2022, the date of Defendants' Petition for Removal.

| | |
|---|---|
| Amending the Pleadings and Adding Parties | November 13, 2022 |
| Initial Expert Disclosure | December 13, 2022 |
| Rebuttal Expert Disclosures | January 12, 2023 |
| Discovery Cut-Off Date | February 11, 2023 |
| Dispositive Motions | March 15, 2023 |
| Joint Pre-Trial Order, if No Dispositive Motions | April 14, 2023 |

The parties certify they have conferred about the possibility of using alternative dispute resolution processes, specifically mediation, and are considering whether it would be mutually beneficial before preliminary discovery is completed. Counsel agreed to confer with their respective clients before making a decision.

The parties also considered, but declined, to consent to a trial by a magistrate judge and the use of the short trial program.

Further, the parties discussed electronic evidence, but have no electronic evidence to present at this time. The parties stipulate they will provide discovery in an electronic format with the Court's electronic jury evidence display system.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs agree to receive electronic service at tterry@christiansenlaw.com, keely@christiansenlaw.com, jcrain@christiansenlaw.com, ab@christiansenlaw.com, chandi@christiansenlaw.com, and esther@christiansenlaw.com. Defendants agree to receive electronic service at awestbrook@perrywestbrook.com and jmeacham@perrywestbrook.com.

Dated this 14th day of April, 2022.

CHRISTIANSEN TRIAL LAWYERS

/s/ Keely A. Perdue

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
710 S. 7th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 14th day of April, 2022.

PERRY & WESTBROOK

/s/ Alan W. Westbrook

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
11500 S. Eastern, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendants*

### ORDER

IT IS ORDERED that ECF No. 7 is DENIED. The Court does not find good cause for the lengthy discovery period the parties requested.

IT IS FURTHER ORDERED that the parties must file a new proposed discovery plan and scheduling order by 4/22/2022 and may seek up to an additional 90 days beyond the standard 180-day discovery plan starting from February 11, 2022.

**IT IS SO ORDERED**

**DATED:** 3:56 pm, April 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**From:** Alan W. Westbrook awestbrook@perrywestbrook.com
**Subject:** Re: Nikkie Lynn Cheek, et. al. v. Central Trucking, et. al.
**Date:** April 12, 2022 at 2:19 PM
**To:** Keely Perdue keely@christiansenlaw.com, Jennifer Meacham jmeacham@perrywestbrook.com
**Cc:** Aileen Bencomo ab@christiansenlaw.com, Jonathan Crain jcrain@christiansenlaw.com, Todd Terry tterry@christiansenlaw.com, Veronica Gonzalez vgonzalez@perrywestbrook.com, Milica Bosnjak mbosnjak@perrywestbrook.com

Hello Keely,

Looks good, you may affix my e-signature,

Thank you,

Alan

On 4/11/2022 9:59 AM, Keely Perdue wrote:
> Alan,
>
> The revised draft is attached. Please confirm we can submit with your e-signature.
>
> Thank you,
>
> Keely P. Chippoletti, Esq.
> Christiansen Trial Lawyers
> 710 South 7th Street, Suite B
> Las Vegas, NV 89101
> Phone (702) 240-7979
> Fax (866) 412-6992
> keely@christiansenlaw.com
>
> This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

--

Alan Westbrook, Esq.
Perry & Westbrook, A Professional Corporation
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052

Phone: (702) 870-2400
Fax: (702) 870-8220
Email: awestbrook@perrywestbrook.com

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.