**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
 Facsimile:     (866) 412-6992
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIKKIE LYNN CHEEK, an Individual; NIKKIE LYNN CHEEK and KATHLEEN J. MANGIONE as Co-Special Administrators for the ESTATE OF ALINA R. HIGUERA<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TRUCKING INC., a Foreign Corporation; HAROLD EUGENE STROUSE, an Individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00271-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FOURTH REQUEST)** |

Plaintiffs, NIKKIE LYNN CHEEK, individually ("Defendant Cheek"), and NIKKIE LYNN CHEEK and KATHLEEN J. MANGIONE as Co-Special Administrators for the ESTATE OF ALINA R. HIGUERA (collectively "Defendant Higuera"), Defendants, CENTRAL TRUCKING, INC. ("Defendant Central Trucking") and HAROLD STROUSE ("Defendant Strouse")(collectively "Defendants"), by and through their respective attorneys, do hereby stipulate to extend the Rebuttal Expert disclosure and discovery cutoff deadlines in the above-captioned case for a period of sixty (30) days.



Pursuant to LR IA 6-1, the parties hereby aver that this is the first such discovery extension requested in this matter.

## DISCOVERY COMPLETED TO DATE

The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

Authorizations have been exchanged and medical records are currently being obtained;

Plaintiffs have served Four Supplements to their FRCP 26(a) disclosures;

Defendants have served Eight Supplements to their FRCP 26(a) disclosures;

Subpoenas have been served and responded to by NHP and Coroner;

All Parties have served in written discovery, and such written discovery has been responded. Plaintiffs' Second Set of Requests for Production were recently served and are currently being responded to;

Deposition of Trooper Michael Walters;

Deposition of Plaintiff Nikkie Cheek;

Deposition of Plaintiff Kathleen Mangione;

Plaintiffs have designated Stan Smith, Ph.D (Economic) and David A. Stopper (Accident Reconstruction) as specially retained experts, and identified Trooper Michael Walters and Dr. Satish Chundru as non-retained expert witnesses;

Defendants have designated Christopher Spaeth, Ph.D. (Toxicology) and S. Dale Fridley (Accident Reconstruction) as specially retained experts.

/ / /

/ / /

/ / /

/ / /

**DISCOVERY THAT REMAINS TO BE COMPLETED**
**AND REASONS FOR REQUESTED EXTENSION**

Plaintiff's recent disclosure of expert witnesses included a report from Stan Smith Ph.D that included evaluation based upon economic documents which has recently been produced and included estimates of damages for loss of wages and employment benefits; loss of household/family services, loss of housekeeping and household management services; the loss of advice, counsel, guidance, instruction and training services; loss of accompaniment services; loss of the value of life, also know as loss of enjoyment of life; and loss of the society or relationship.  These damages opinions required Defendant to locate and retain and expert to address these relatively unique damages, of which there are a limited number, and great demand.  Unfortunately, the availability of these experts precluded an expert report by the rebuttal deadline, and counsel consulted and agreed to submit the instant stipulation to allow a rebuttal.

Further, Defendant Strouse has been charged criminally for the underlying accident giving rise to this case.  As such, Defendant Strouse has objected to giving a deposition until after his trial to prevent any testimony or evidence provided by him from adversely affecting his criminal matter.

The parties have agreed to continue the rebuttal expert deadline and the discovery deadline for 30 days, as rebuttal experts have confirmed that this amount of time will allow them to complete their evaluation and reports, and will allow the parties to complete expert depositions, and the deposition of Defendant Strouse.

/ / /

/ / /



Discovery to be completed includes:

    Rebuttal Expert disclosures;

    Depositions of expert witnesses;

    Deposition of Defendant Strouse

Given the assurances of rebuttal experts, the parties are confident that the granting of the request for a thirty (30) day extension of the remaining discovery deadlines would allow them to complete the disclosures and required discovery. This request is made in good faith, not for the purpose of delay.

### NEW DISCOVERY DEADLINES

**Initial Expert Disclosure:**
    Currently:    May 8, 2023
    **Proposed:**    **Completed**

**Rebuttal Expert Disclosure:**
    Currently:    June 6, 2023
    **Proposed:**    **July 5, 2023**

**Discovery Cutoff:**
    Currently:    July 7, 2023
    **Proposed:**    **August 7, 2023**

**Dispositive Motions:**
    Currently:    August 8, 2023
    **Proposed:**    **September 8, 2023**

**Pretrial Order:**
    Currently:    September 5, 2023, or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)

    **Proposed:**    **October 6, 2023,** or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)



1  If this extension is granted, all rebuttal expert disclosures will be completed and all
2  depositions mentioned above should be concluded within the stipulated extended deadline. The
3  parties aver that this request for extension of discovery deadlines is made by the parties in good
4  faith and not for the purpose of delay.

DATED this 6th day of June, 2023                           DATED this 6th day of June, 2023

/s/ Peter S. Christiansen                                         /s/ Alan Westbrook
Peter S. Christiansen, Esq. (5254)                         Alan Westbrook, Esq. (6167)
R. Todd Terry, Esq. (6519)                                    PERRY & WESTBROOK
Keely P. Chippoletti, Esq. (13931)                        11500 S. Eastern Ave., Ste. 140
CHRISTIANSEN TRIAL LAWYERS                       Henderson, Nevada 89052
710 S. 7th Street                                                      *Attorneys for Defendants*
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**JUDGE OF THE DISTRICT COURT**

DATED: June 8, 2023