ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern, Suite 140
Henderson, Nevada 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIKKIE LYNN CHEEK, an Individual; NIKKIE LYNN CHEEK and KATHLEEN J. MANGIONE as Co-Special Administrators for the ESTATE OF ALINA R. HIGUERA,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL TRUCKING, INC., a Foreign Corporation; HAROLD EUGENE STROUSE, an Individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00271-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

/ / /

/ / /

/ / /

/ / /

/ / /

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 15th day of September 2023.

CHRISTIANSEN TRIAL LAWYERS

/s/ R. Todd Terry
_____
R. Todd Terry, Esq.
Nevada Bar No. 6519
710 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

DATED this 15th day of September 2023.

PERRY & WESTBROOK

/s/ Alan W. Westbrook
_____
ALAN W. WESTBROOK
Nevada Bar No. 6167
1701 W. Charleston Boulevard, #200
Las Vegas, Nevada 89102
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _Sept. 23, 2023_____